## FIRST DEPARTMENT, APRIL, 1918.

ANNA F. YOUNG, Appellant, v. MABEL M. CORNING, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office January 24, 1918, denying the plaintiff's motion for reargument of a motion.

PER CURIAM: The original order to make the complaint more definite and certain, dated December 10, 1917, has not been appealed from. This appeal is merely from an order denying a motion for a reargument, which is not appealable. The appeal, therefore, should be dismissed, with ten dollars costs and disbursements. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ. Appeal dismissed, with ten dollars costs and disbursements. Motion denied.